# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2015

## NO. 03-15-00546-CV

**Drexel Evans, Appellant**

**v.**

**W&B Development, Ltd., Appellee**

### APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.